UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

KEVIN DOHERTY
 PLAINTIFF / DEBTOR
 v.
U.S. DEPT. OF EDUCATION, et al
 DEFENDANTS / CREDITORS

CASE #: 20-31088-KLP
AP CASE #: 21-03005-KLP

## APPLICATION FOR DEFAULT JUDGEMENT FOR DISCHARGE OF DEBT

COMES NOW PLAINTIFF DOHERTY, PRO SE, WHO MOVES THIS COURT TO ORDER DEFAULT JUDGEMENT IN THIS MATTER FOR THE REASONS LAID OUT IN HIS ADVERSARIAL PROCEEDINGS.

RESPECTFULLY

KEVIN DOHERTY, Pro Se
PLAINTIFF / DEBTOR

KEVIN DOHERTY #1884794
LCC 690 FALLS RD
VICTORIA, VA 23974

RICHMOND DIVISION
FILED
NOV 15 2022
CLERK
U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| KEVIN DOHERTY<br>PLAINTIFF/DEBTOR<br>v.<br>U.S. DEPT. OF EDUCATION, et al.<br>DEFENDANTS/CREDITORS | CASE #: 20-31088-KLP<br>AP CASE #: 21-03005-KLP |

## AFFIDAVIT BY PLAINTIFF IN SUPPORT OF APPLICATION FOR DEFAULT JUDGEMENT

1. My name is Kevin Doherty and I am over 18 years old, of sound mind and the plaintiff in this matter.

2. I am currently incarcerated at the Lunenburg Correctional Center in Victoria, VA.

3. Approximately six months ago I mailed this court and the respective defendants a motion to proceed in this adversarial proceeding.

4. As of this filing, to my knowledge, no response or answer(s) have been filed by respective defendants.

5. Defendants were properly served notice of this action, including my sending defendants a waiver of service notice with pre-paid postage and envelops included

6. Neither defendant is in the service of the U.S. Military.

7. A certificate of service was included in the motion to proceed as well.

8. I have shown by prescribed standard of proof that the debt owed to defendant U.S. Dept. of Education would create an undue hardship on me if not discharged.

9. Recently, U.S. law(s) have been created to allow up to $20,000.00 student debt reduction, supporting the notion that in general, student debt has created a level of undue hardship.

10. My particular situation supports the contention that my student loan debt will place both undue hardship and unlikely successful payment.

11. For these reasons and those noted prior, I seek a default judgement discharge.

12. I swear this to be true under penalty of perjury.

Respectfully,

Kevin Doherty #1884784            Kevin Doherty
LCC 690 Falls Rd                  Plaintiff / Debtor
Victoria, VA 23974

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| KEVIN DOHERTY<br>PLAINTIFF / ~~B~~ DEBTOR<br>V.<br>U.S. DEPT. OF EDUCATION, et al.<br>DEFENDANTS / CREDITORS | CASE #: 20-31088-KLP<br>AP CASE #: 21-03005-KLP |

## ORDER FOR DEFAULT JUDGEMENT

IN THE ABOVE STYLED CASE, AND HAVING SHOWN UNDUE HARDSHIP, IT IS ORDERED THAT PLAINTIFF'S DEBT TO THE U.S. DEPT. OF EDUCATION NOTED IN THIS MATTER IS HEREBY DISCHARGED FULLY BY THIS DEFAULT JUDGEMENT ORDER ON THE UNDER SIGNED DATE.

_____
JUDGE

_____
DATE

## CERTIFICATE OF SERVICE

I hereby certify that on ___11/4/22___, ~~2021~~, I mailed this document by United States Postal Service (USPS) (postage was prepaid) to the Clerk of this Court to file electronically via CM/ECF and also mailed a copy via prepaid postage USPS to:

(1) US DEPT of ED
PO BOX 105028
ATLANTA, GA
30348-5028

(2) US TRUSTEE OFFICE
101 LOMBARD ST
RM 2650
BALTIMORE, MD
21201

(3) BRUCE ROBINSON
TRUSTEE
PO BOX 538
SOUTH HILL, VA
23970-0538

The CM/ECF system will automatically notify all registered users on this matter as well.

Respectfully,

_/s/_

Plaintiff, Pro Se